IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| STEPHANIE B., | ) | |
|     Plaintiff, | ) | Civil Action No. 5:20-cv-00060 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJIKAZI, | ) | By:    Joel C. Hoppe |
| Acting Commissioner of Social Security, | ) |     United States Magistrate Judge |
|     Defendant. | ) | |

This matter is before the Court on Plaintiff Stephanie B.'s appeal of the Commissioner of Social Security's final decision denying her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401–434. ECF Nos. 2, 6–7. For the reasons stated in the accompanying Memorandum Opinion filed this date, Stephanie's Motion for Summary Judgment, ECF No. 16, is **DENIED**; the Commissioner's Motion for Summary Judgment, ECF No. 17; is **GRANTED**, and the Commissioner's final decision is **AFFIRMED**. 42 U.S.C. § 405(g). The Clerk is directed to **DISMISS** the case from this Court's active docket.

    It is so ORDERED.

The Clerk shall send certified copies of this Order to the parties.

ENTER: March 28, 2022

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge